# Court of Appeals
## Tenth Appellate District of Texas

10-25-00098-CR

Ex Parte Christine Vincent

On appeal from the
12th District Court of Walker County, Texas
Judge David W. Moorman, presiding
Trial Court Cause No. 24-31,538

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Christine Vincent appeals from the denial of an application for a writ of habeas corpus seeking a reduction in the amount of bail. In the State's brief filed in this appeal, the State argues that this appeal is moot because Vincent has been placed on deferred adjudication community supervision and is no longer incarcerated pending trial in this proceeding.

By letter from the Clerk of this Court dated September 18, 2025, Appellant was advised that the State had alleged that the appeal was moot and that the appeal would be dismissed as moot unless a response was filed showing why the appeal is not moot. No response has been filed.

This appeal is dismissed as moot.

 

 

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  October 9, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CR25

